ADRIENNE C. PUBLICOVER (SBN 161432)
Email: Adrienne.publicover@wilsonelser.com
DENNIS J. RHODES (SBN 168417)
Email: dennis.rhodes@wilsonelser.com
WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, California  94105
Tel:     (415) 433-0990
Fax:    (415) 434-1370

Attorneys for PLAINTIFF
**SUN LIFE ASSURANCE COMPANY OF CANADA**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUN LIFE ASSURANCE COMPANY OF CANADA,<br><br>             Plaintiff,<br><br>     v.<br><br>ROCHELLE CALINAO, MELISSA KATRINA PARAS, JUAN CARLOS PARAS and SARAH ABIGAIL PARAS.<br><br>             Defendants. | CIVIL ACTION<br><br>NO.:  15-cv-00770-TLN-EFB<br><br>**ORDER GRANTING PLAINTIFF'S APPLICATION FOR EXTENSION OF TIME TO COMPLETE SERVICE OF PROCESS** |

The Application for Extension of Time to Complete Service of Process of plaintiff, Sun Life Assurance Company of Canada, ("Plaintiff"), came before this Court in due course. For good cause appearing, the Court hereby grants Plaintiff's request. Accordingly, the deadline to complete service of process is extended to October 6, 2015.

IT IS SO ORDERED.

Dated:  August 10, 2015

_____
Troy L. Nunley
United States District Judge