**SHARI L. ALLEN-GARIBALDI**, SBN **175817**
**JASON E. CHONG**, SBN **276273**
**BLEWETT & ALLEN, INC.**
A PROFESSIONAL CORPORATION
3255 W. MARCH LANE, SUITE 210
STOCKTON, CA 95219
TELEPHONE (209) 466-6735
FACSIMILE    (209) 466-9846

ATTORNEY FOR DEFENDANT
ROCHELLE CALINAO

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUN LIFE ASSURANCE COMPANY OF CANADA,<br><br>    PLAINTIFF,<br><br>v.<br><br>ROCHELLE CALINAO, MELISSA KATRINA PARAS, JUAN CARLOS PARAS, AND SARAH ABIGAIL PARAS,<br><br>    DEFENDANTS. | CASE NO. 2:15-CV-00770-TLN-EFB<br><br>STIPULATION AND ORDER TO ADD SAMANTHA PARAS AS DEFENDANT |

   The undersigned counsel of record for the respective parties in the above-entitled action hereby stipulate as follows:

   1.   The parties agree that **SUN LIFE ASSURANCE COMPANY OF CANADA** has filed an interpleader complaint in the United States District Court, Eastern District of California, regarding the proceeds of the decedent's life insurance policy.

   2.   The parties agree that the named defendants in said interpleader action are **ROCHELLE CALINAO**, **MELISSA KATRINA PARAS**, **JUAN CARLOS PARAS**, and **SARAH ABIGAIL PARAS**. **ROCHELLE CALINAO** is the decedent's surviving wife, and the remaining defendants are the decedent's children from another mother.

///

3.     The parties agree that the decedent had one daughter with **ROCHELLE CALINAO**, namely, **SAMANTHA PARAS**.

4.     The parties agree that **SAMANTHA PARAS** was not originally named as a defendant in the original interpleader complaint.

5.     The parties agree to add **SAMANTHA PARAS** as a defendant to the instant litigation since she is a direct descendant of the decedent.

**IT IS SO STIPULATED BETWEEN COUNSEL OF RECORD**.

Dated: February 8, 2016            */ S / Shari L. Allen-Garibaldi*
                                   **SHARI L. ALLEN-GARIBALDI**
                                   ATTORNEY FOR DEFENDANT, ROCHELLE CALINAO

Dated: February 8, 2016            */ S / Dennis Rhodes*
                                   **DENNIS RHODES**
                                   ATTORNEY FOR PLAINTIFF, SUN LIFE ASS. CO.

Dated: February 8, 2016            */ S / Benjamin Blakeman*
                                   **BENJAMIN BLAKEMAN**
                                   ATTORNEY FOR DEFENDANTS, MELISSA PARAS, JUAN PARAS, & SARAH PARAS.

## ORDER

**UPON A READING** of the foregoing stipulation of the parties and good cause appearing,

**IT IS SO ORDERED** that **SAMANTHA PARAS** be added as a Defendant to the instant litigation and above-captioned case.

Dated: February 10, 2016

_____
Troy L. Nunley
United States District Judge