SHARI L. ALLEN-GARIBALDI, SBN 175817
JASON E. CHONG, SBN 276273
BLEWETT & ALLEN, INC.
A PROFESSIONAL CORPORATION
3255 W. MARCH LANE, SUITE 210
STOCKTON, CA 95219
TELEPHONE (209) 466-6735
FACSIMILE   (209) 466-9846

ATTORNEY FOR DEFENDANT
ROCHELLE CALINAO

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUN LIFE ASSURANCE COMPANY OF CANADA, <br><br> PLAINTIFF, <br><br> v. <br><br> ROCHELLE CALINAO, MELISSA KATRINA PARAS, JUAN CARLOS PARAS, SARAH ABIGAIL PARAS, AND SAMANTHA PARAS, <br><br> DEFENDANTS. | CASE NO. 2:15-CV-00770-TLN-EFB <br><br> STIPULATION AND ORDER FOR SETTLEMENT AGREEMENT |

The following is a stipulation and settlement agreement ("Settlement Agreement"), by and between: SUN LIFE ASSURANCE COMPANY OF CANADA, ROCHELLE CALINAO, MELISSA KATRINA PARAS, JUAN CARLOS PARAS, SARAH ABIGAIL PARAS, and SAMANTHA PARAS (collectively "Parties").

1.    WHEREAS, SUN LIFE ASSURANCE COMPANY OF CANADA deposited $84,457.05 with the UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA ("Court"), on or about June 9, 2015.

2.    WHEREAS, the $84,457.05 on deposit with the Court represents the life insurance proceeds of a life insurance policy ("Policy") by SUN LIFE ASSURANCE COMPANY OF CANADA insuring the life of the decedent, GLENN-MARI PARAS.

3.        WHEREAS, this Settlement Agreement is entered into by the Parties regarding the above-captioned case as a result of mediation on March 11, 2016, with mediator BRUCE FRIEDMAN of JAMS.

NOW, THEREFORE, ALL PARTIES AGREE TO AND STIPULATE AS FOLLOWS:

From the $84,457.05 in proceeds on deposit with the Court:

1.        A check shall be issued in the amount of $4,225.00 payable to SUN LIFE ASSURANCE COMPANY OF CANADA, and mailed to the law firm of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP at 525 Market Street, 17th Floor, San Francisco, CA, 94105, to the attention of attorney DENNIS RHODES.   This check represents the fees for SUN LIFE ASSURANCE COMPANY OF CANADA;

2.        A check shall be issued in the amount of $2,275.00 payable to the law firm of BLEWETT & ALLEN, INC at 3255 W. March Lane, Suite 210, Stockton, CA 95219.   This check represents their reimbursement for ROCHELLE CALINAO'S one-half (½) of the mediation fees;

3.        A check shall be issued in the amount of $2,275.00 payable to BENJAMIN BLAKEMAN, ESQ at 611 Wilshire Blvd. Suite 1208, Los Angeles, CA 90017.   This check represents his reimbursement for MELISSA KATRINA PARAS, JUAN CARLOS PARAS, and SARAH ABIGAIL PARAS'S one-half (½) of the mediation fees;

4.        A check shall be issued in the amount of $29,000.00 payable to BENJAMIN BLAKEMAN, ESQ at 611 Wilshire Blvd. Suite 1208, Los Angeles, CA 90017, for deposit into his attorney-client trust account, for the benefit of MELISSA KATRINA PARAS, JUAN CARLOS PARAS, and SARAH ABIGAIL PARAS;

5.        A check shall be issued in the amount of $46,682.05 payable to BLEWETT & ALLEN, INC. at 3255 W. March Lane, Suite 210, Stockton, CA 95219 for deposit into their attorney-client trust account, for the benefit of ROCHELLE CALINAO;

6.        SAMANTHA PARAS, although included in this Settlement Agreement, will not receive any distribution from the $84,457.05 in proceeds on deposit with the Court;

7.        The Parties to this Settlement Agreement hereby mutually release each other, their heirs, and their assigns, from any and all claims arising as a result of or in connection with this

lawsuit, and also waive *California Civil Code* § 1542 which states "a general release does not extend to claims which the creditor does not know or suspect to exist in his or her favor at the time of executing the release, which if known by him or her must have materially affected his or her settlement with the debtor";

8.      MELISSA KATRINA PARAS has a special Power of Attorney for SARAH ABIGAIL PARAS and JUAN CARLOS PARAS, and represents and warrants that she has the authority to enter into this stipulation and Settlement Agreement on their behalf.   MELISSA KATRINA PARAS will indemnify ROCHELLE CALINAO with respect to any claim by SARAH ABIGAIL PARAS and/or JUAN CARLOS PARAS with respect to the Policy and this Settlement Agreement; and

9.      MELISSA KATRINA PARAS, JUAN CARLOS PARAS, and SARAH ABIGAIL PARAS will not make any claims as to any other property or claims that may have existed at the time of the decedent, GLENN-MARI PARAS', date of death, and also waive *California Civil Code* § 1542 which states "a general release does not extend to claims which the creditor does not know or suspect to exist in his or her favor at the time of executing the release, which if known by him or her must have materially affected his or her settlement with the debtor".

**IT IS SO STIPULATED BETWEEN COUNSEL OF RECORD AND PARTIES.**


Dated: March 17, 2016                    */ S / Shari L. Allen-Garibaldi*_____
                                         **SHARI L. ALLEN-GARIBALDI**
                                         ATTORNEY FOR DEFENDANT, ROCHELLE CALINAO


Dated: March 17, 2016                    */ S / Dennis Rhodes*_____
                                         **DENNIS RHODES**
                                         ATTORNEY FOR PLAINTIFF, SUN LIFE ASSURANCE
                                           COMPANY OF CANADA


Dated: March 17, 2016                    */ S / Samantha Paras*_____
                                         **SAMANTHA PARAS**
                                         DEFENDANT IN PRO PER


Dated: March 17, 2016                    */ S / Benjamin Blakeman*_____
                                         **BENJAMIN BLAKEMAN**
                                         ATTORNEY FOR DEFENDANTS, MELISSA PARAS, JUAN
                                           PARAS, & SARAH PARAS.

**ORDER**

**UPON A READING** of the foregoing stipulation of the Parties and good cause appearing,

**IT IS SO ORDERED** that:

1.        A check shall be issued in the amount of $4,225.00 payable to SUN LIFE ASSURANCE COMPANY OF CANADA, and mailed to the law firm of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP at 525 Market Street, 17th Floor, San Francisco, CA, 94105, to the attention of attorney DENNIS RHODES.   This check represents the fees for SUN LIFE ASSURANCE COMPANY OF CANADA;

2.        A check shall be issued in the amount of $2,275.00 payable to the law firm of BLEWETT & ALLEN, INC at 3255 W. March Lane, Suite 210, Stockton, CA 95219.   This check represents their reimbursement for ROCHELLE CALINAO'S one-half (½) of the mediation fees;

3.        A check shall be issued in the amount of $2,275.00 payable to BENJAMIN BLAKEMAN, ESQ at 611 Wilshire Blvd. Suite 1208, Los Angeles, CA 90017.   This check represents his reimbursement for MELISSA KATRINA PARAS, JUAN CARLOS PARAS, and SARAH ABIGAIL PARAS'S one-half (½) of the mediation fees;

4.        A check shall be issued in the amount of $29,000.00 payable to BENJAMIN BLAKEMAN, ESQ at 611 Wilshire Blvd. Suite 1208, Los Angeles, CA 90017, for deposit into his attorney-client trust account, for the benefit of MELISSA KATRINA PARAS, JUAN CARLOS PARAS, and SARAH ABIGAIL PARAS;

5.        A check shall be issued in the amount of $46,682.05 payable to BLEWETT & ALLEN, INC. at 3255 W. March Lane, Suite 210, Stockton, CA 95219, for deposit into their attorney-client trust account, for the benefit of ROCHELLE CALINAO; and

6.        The foregoing stipulation and Settlement Agreement is approved and binding upon all Parties.

Dated: March 18, 2016

Troy L. Nunley
United States District Judge