SHARI L. ALLEN-GARIBALDI, SBN 175817
JASON E. CHONG, SBN 276273
BLEWETT & ALLEN, INC.
A PROFESSIONAL CORPORATION
3255 W. MARCH LANE, SUITE 210
STOCKTON, CA 95219
TELEPHONE (209) 466-6735
FACSIMILE   (209) 466-9846

ATTORNEY FOR DEFENDANT
ROCHELLE CALINAO

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUN LIFE ASSURANCE COMPANY OF CANADA,<br><br>PLAINTIFF,<br><br>v.<br><br>ROCHELLE CALINAO, MELISSA KATRINA PARAS, JUAN CARLOS PARAS, SARAH ABIGAIL PARAS, AND SAMANTHA PARAS,<br><br>DEFENDANTS. | CASE NO. 2:15-CV-00770-TLN-EFB<br><br>STIPULATION AND ORDER FOR DISTRIBUTION OF ACCRUED INTEREST |

The following is a stipulation ("Stipulation"), by and between: SUN LIFE ASSURANCE COMPANY OF CANADA, ROCHELLE CALINAO, MELISSA KATRINA PARAS, JUAN CARLOS PARAS, SARAH ABIGAIL PARAS, and SAMANTHA PARAS (collectively "Parties").

1.      WHEREAS, SUN LIFE ASSURANCE COMPANY OF CANADA deposited $84,457.05 with the UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA ("Court"), on or about June 9, 2015.

2.      WHEREAS, the $84,457.05 on deposit with the Court represents the life insurance proceeds of a life insurance policy ("Policy") by SUN LIFE ASSURANCE COMPANY OF CANADA insuring the life of the decedent, GLENN-MARI PARAS.

3.      WHEREAS, the Parties submitted a STIPULATION AND ORDER FOR SETTLEMENT

SUN LIFE ASSURANCE CO. OF CANADA V. CALINAO, ET AL.; CASE NO. 2:15-CV-00770-TLN-EFB
STIPULATION AND ORDER FOR DISBURSEMENT OF ACCRUED INTEREST

1

AGREEMENT for this Court's approval, and said order was signed by THE HONORABLE JUDGE NUNLEY on March 18, 2016.   This order contained dispositive provisions for the distribution between the Parties of the $84,457.05 on deposit with the Court.

4.        WHEREAS, on March 30, 2016, the Parties were notified by the Court clerk that there remains $38.94 in accrued interest which needs to be distributed that was not accounted for in the Court-approved STIPULATION AND ORDER FOR SETTLEMENT AGREEMENT.

NOW, THEREFORE, ALL PARTIES AGREE TO   AND STIPULATE AS FOLLOWS:

1.        Sixty-Five percent (65%) of any remaining accrued interest on deposit with the Court in the above entitled matter shall be payable to BLEWETT & ALLEN, INC. at 3255 W. March Lane, Suite 210, Stockton, CA 95219, for deposit into their attorney-client trust account, for the benefit of ROCHELLE CALINAO; and

2.        Third-Five percent (35%) of any remaining accrued interest on deposit with the Court in the above entitled matter shall be payable to BENJAMIN BLAKEMAN, ESQ at 611 Wilshire Blvd. Suite 1208, Los Angeles, CA 90017, for deposit into his attorney-client trust account, for the benefit of MELISSA KATRINA PARAS, JUAN CARLOS PARAS, and SARAH ABIGAIL PARAS.

IT IS SO STIPULATED BETWEEN COUNSEL OF RECORD AND PARTIES.

Dated: April 6, 2016                   / S / Shari L. Allen-Garibaldi_____
                                       SHARI L. ALLEN-GARIBALDI
                                       ATTORNEY FOR DEFENDANT, ROCHELLE CALINAO

Dated: April 6, 2016                   / S / Dennis Rhodes_____
                                       DENNIS RHODES
                                       ATTORNEY FOR PLAINTIFF, SUN LIFE ASSURANCE
                                         COMPANY OF CANADA

Dated: April 6, 2016                   / S / Samantha Paras_____
                                       SAMANTHA PARAS
                                       DEFENDANT IN PRO PER

Dated: April 6, 2016                   / S / Benjamin Blakeman_____
                                       BENJAMIN BLAKEMAN
                                       ATTORNEY FOR DEFENDANTS, MELISSA PARAS, JUAN
                                         PARAS, & SARAH PARAS.

1
## <u>ORDER</u>

**UPON A READING** of the foregoing stipulation of the Parties and good cause appearing,

**IT IS SO ORDERED** that:

1.      Sixty-Five percent (65%) of any remaining accrued interest on deposit with the Court in the above entitled matter shall be payable to **BLEWETT & ALLEN, INC.** at 3255 W. March Lane, Suite 210, Stockton, CA 95219, for deposit into their attorney-client trust account, for the benefit of **ROCHELLE CALINAO**; and

2.      Third-Five percent (35%) of any remaining accrued interest on deposit with the Court in the above entitled matter shall be payable to **BENJAMIN BLAKEMAN, ESQ** at 611 Wilshire Blvd. Suite 1208, Los Angeles, CA 90017, for deposit into his attorney-client trust account, for the benefit of **MELISSA KATRINA PARAS**, **JUAN CARLOS PARAS**, and **SARAH ABIGAIL PARAS**.

Dated: April 11, 2016

Troy L. Nunley
United States District Judge